IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JUSTIN A. SNEGIREV,** | 3:10-CV-00762-AC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **ROBERTS MARK; SNEGIREV AGAFIA; AL BUSHEY,** individually and in his official capacity; **MARION COUNTY CHILD WELFARE DIVISION; MARION COUNTY; MARION COUNTY BOARD OF COMMISSIONERS; OREGON DEPARTMENT OF HUMAN SERVICES;** and **STATE OF OREGON,** | |
| Defendants. | |

    Based on the Court's Order (#41) issued February 21, 2012, the Court **DISMISSES** this matter as set out in that Order.

    IT IS SO ORDERED.

    DATED this 21st day of February, 2012.

                    /s/ Anna J. Brown

                    _____
                    ANNA J. BROWN
                    United States District Judge

1 - JUDGMENT